| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER | |
|---|---|
| BuckleySandler LLP<br>Richard E. Gottlieb (SBN 289370)<br>Fredrick S. Levin (SBN 187603)<br>100 Wilshire Boulevard, Suite 1000<br>Santa Monica, CA 90401<br>(310) 424-3984 | FILED<br>2014 APR -2 AM 10: 50<br>CLERK U.S. DISTRICT COURT<br>CENTRAL DIST. OF CALIF.<br>LOS ANGELES<br>BY _____ |

ATTORNEY(S) FOR: Plaintiff Desside Holdings Limited

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Desside Holdings Limited, | CASE NUMBER: |
|---|---|
| Plaintiff(s), | CV14-2483 FMO RZx |
| v.<br>Megawine, Inc., Boris Shats, and Artem Zastoupailo | CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |
| Defendant(s) | |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for          Desside Holdings Limited
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Desside Holdings Limited | Plaintiff |
| Turnershal Limited | Sole Shareholder of Desside Holdings Limited |
| Interlock Limited | Trustee of Baker Trust, which is sole shareholder of Turnershall Limited |
| Alexander Girda | Economic donor to Baker Trust (Interlock Ltd, trustee) |
| Megawine Inc. | Defendant |
| Boris Shats | Defendant, shareholder of Megawine Inc. |
| Artem Zasoupailo | Defendant, shareholder of Megawine Inc. |

April 1, 2014
Date

Signature Fredrick S. Levin

Attorney of record for (or name of party appearing in pro per):

Desside Holdings Limited

CV-30 (05/13)     NOTICE OF INTERESTED PARTIES